IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 03-553-1 |
| v. | : | |
| | : | CIVIL ACTION |
| STEPHEN IANIERI | : | NO. 14-2318 |

<u>ORDER</u>

AND NOW, this 26th day of June, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of defendant Stephen Ianieri under 28 U.S.C. § 2255 to vacate, set aside, and correct his sentence is DENIED; and

(2)  no certificate of appealability is being issued.

BY THE COURT:


/s/ Harvey Bartle III
                                                                J.